# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KIRKLIN THOMPSON**                                                                                **PLAINTIFF**

v.                       **CASE NO: 4:23-CV-00291-BSM**

**DEN-TEX CENTRAL INC.**                                                   **DEFENDANT**

## ORDER

Den-Tex Central Inc.'s ("Den-Tex") motion to set aside the clerk's entry of default and dismiss [Doc. No. 6] is granted in part and denied in part. The default is set aside, the motion to dismiss is denied, and Kirklin Thompson is directed to accomplish service on Den-Tex within 45 days of this order.

IT IS SO ORDERED this 31st day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE