### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KIRKLIN THOMPSON**                                                    **PLAINTIFF**

**v.**                      **CASE NO. 4:23-CV-00291-BSM**

**DEN-TEX CENTRAL, INC.**                                          **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE